IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


AUDRA SMITH, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE OF
TEDDY SMITH, AND AS GUARDIAN OF
THE PERSONS OF LOGAN AND CADEN
SMITH, INFANTS, AND TRUSTMARK
NATIONAL BANK AS GUARDIAN OF THE
ESTATES OF LOGAN AND CADEN SMITH                    PLAINTIFFS

VS.                          CIVIL ACTION NO. 5:05-cv-96(DCB)(JMR)

MICHAEL ROUSE; ROUSE POLYMERICS
INTERNATIONAL, INC.; ROUSE ALLOYS, INC.;
ROUSE POLYMERICS NORTHEAST, INC.; ROUSE
HOLDINGS, INC.; PPG INDUSTRIES, INC.;
BANDAG, INCORPORATED; BRANDON SERVICE
COMPANY, INC.; ROCKWELL AUTOMATION, INC.,
d/b/a Dodge; BALDOR ELECTRIC COMPANY;
FLANNIGAN ELECTRIC COMPANY; GULF SCIENCE
INDUSTRIES, INC.; HI-TEK FIRE SPRINKLERS,
INC.; HONEYWELL, INC.; HONEYWELL
INTERNATIONAL, INC.; HONEYWELL AUTOMATION
AND CONTROL SOLUTIONS, and JOHN DOES 1-10          DEFENDANTS


ORDER OF REMAND

This cause having come before the Court on the plaintiffs' motion for abstention and/or to sever and/or to remand **(docket entries 4 and 5),** and the Court having carefully considered the motion and response, the memoranda and applicable law, and being fully advised in the premises, finds as follows:

This action was removed from the Circuit Court of Warren County, Mississippi, by defendant Rouse Polymerics International, Inc. ("Rouse Polymerics"), pursuant to 28 U.S.C. § 1452, on the basis that Rouse Polymerics had filed Chapter 11 bankruptcy proceedings in U.S. Bankruptcy Court for the Southern District of

Mississippi.  The plaintiffs filed their motion for the Court to abstain from exercising bankruptcy jurisdiction and to remand this action to the state court.  After the motion was fully briefed, the parties agreed to a voluntary dismissal of all claims against Rouse Polymerics.  Inasmuch as Rouse Polymerics' bankruptcy was the sole basis for the removal, there is no longer any grounds for the exercise of federal jurisdiction, and this case must be remanded. Accordingly,

IT IS HEREBY ORDERED that the plaintiffs' motion for abstention and/or to sever and/or to remand **(docket entries 4 and 5)** is GRANTED;

FURTHER ORDERED that this action is REMANDED to the Circuit Court of Warren County, Mississippi.

SO ORDERED, this the 17th day of March, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE